IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REBECCA D. ALDRICH | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| SOCIAL SECURITY ADMIN., | : | |
| Defendant | : | NO. 12-2416 |

FILED
APR 10 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER**

**AND NOW**, this 10 day of April, 2013, after review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. This case **TRANSFERRED**, in the interest of justice, to the U.S. District Court for the Middle District of Pennsylvania.

BY THE COURT:

_____
BERLE M. SCHILLER, J.